IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 MAR 20 PM 1:01

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| FREDERICK YOUNG, | ) |
| Plaintiff, | ) |
| vs | ) CIVIL ACTION NO. 98-B-3226-S |
| CHILDERSBURG COMMUNITY WORK RELEASE CENTER and NURSE GARRETT, | ) |
| Defendants. | ) |

**ENTERED**

MAR 20 2001

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this case is due to be dismissed as moot. An appropriate order will be entered.

DONE, this _20th_ day of March, 2001.

SHARON LOVELACE BLACKBURN,
UNITED STATES DISTRICT JUDGE

9